**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN HENRY MISTER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  26-821** |
| | : | |
| **POLICE OFFICER GEOFFREY T.** | : | |
| **BURKHART,** *et al.*, | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 17th day of February 2026, upon consideration of John Henry Mister's

motion to proceed *in forma pauperis* (DI 1), Prisoner Trust Fund Account Statement (DI 3), and

*pro se* complaint (DI 2), it is **ORDERED**:

1.      Mr. Mister's motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED**

pursuant to 28 U.S.C. § 1915.

2.      John Henry Mister, # 0084115, shall pay the full filing fee of $350 in

installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The court

directs the Warden of Chester County Prison or other appropriate official to assess an initial

filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Mister's inmate

account; or (b) the average monthly balance in Mr. Mister's inmate account for the six-month

period immediately preceding the filing of this case.  The Warden or other appropriate official

shall calculate, collect, and forward the initial payment assessed pursuant to this order to the

court with a reference to the docket number for this case.  In each succeeding month when the

amount in Mr. Mister's inmate trust fund account exceeds $10.00, the Warden or other

appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding

month's income credited to Mr. Mister's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this order to the Warden of Chester County Prison.

4.      Mr. Mister is reminded that it is his obligation to notify this court of his new address within two weeks of an address change if he is transferred or released or otherwise relocates.

5.      The complaint is **DEEMED** filed.

6.      Mr. Mister's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the court's memorandum.

7.      The Clerk of Court shall **CLOSE** this case.

_____
**MURPHY, J.**